Matthew E. Farmer, Bar No. 190484
mfarmer@littler.com
LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, California 92612
Telephone: 949.705.3000
Fax No.: 949.724.1201

Attorneys for Defendant
JACKSONS FOOD STORES, INC.

**ELECTRONICALLY FILED**
Superior Court of California,
County of San Diego

**04/10/2023** at 11:38:00 AM

Clerk of the Superior Court
By Armando Villasenor,Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN DIEGO

| | |
|---|---|
| JESUS ARAMBURO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JACKSONS FOOD STORES, INC. and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 37-2023-00009655-CU-OE-CTL<br><br>**ANSWER TO CLASS ACTION COMPLAINT FOR DAMAGES AND FOR INJUNCTIVE RELIEF**<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE TIMOTHY TAYLOR<br><br>Trial Date: TBD<br>Complaint Filed: March 8, 2023 |

Defendant JACKSONS FOOD STORES, INC., ("JACKSONS FOOD" or "Defendant"), answering the Complaint of Plaintiff JESUS ARAMBURO ("Plaintiff"), individually and on behalf of all others similarly situated, hereby answers Plaintiff's unverified Complaint pursuant to Code of Civil Procedure Section 431.30(b), as follows:

**GENERAL DENIAL**

Defendant denies each and every, all and singular, of the allegations contained in the Complaint, conjunctively and disjunctively, and further denies that Plaintiff JESUS ARAMBURO, or any putative plaintiff class member sustained any damages in the sums alleged, or any other sum, or at all, and further generally and specifically denies that Plaintiff is entitled to any relief whatsoever.

/ / /

LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, CA 92612
949.705.3000

ANSWER TO CLASS ACTION COMPLAINT FOR DAMAGES AND FOR INJUNCTIVE RELIEF

Defendant asserts the following affirmative and other defenses, which it designates, collectively, as "Affirmative or Other Defenses."  Defendant's designation of its defenses as "affirmative or other defense" is not intended in any way to alter the burden of proof held by Plaintiff.

## AFFIRMATIVE OR OTHER DEFENSES

### FIRST AFFIRMATIVE OR OTHER DEFENSE

1. Defendant alleges that neither the Complaint nor any cause of action set forth therein state facts sufficient to constitute a cause of action against Defendant upon which relief can be granted.

### SECOND AFFIRMATIVE OR OTHER DEFENSE

2. The Complaint and each cause of action set forth therein are barred by the doctrine of waiver.

### THIRD AFFIRMATIVE OR OTHER DEFENSE

3. The Complaint and each cause of action set forth therein are barred by the doctrine of estoppel.

### FOURTH AFFIRMATIVE OR OTHER DEFENSE

4. The Complaint and each cause of action set forth therein are barred by the doctrine of laches.

### FIFTH AFFIRMATIVE OR OTHER DEFENSE

5. The Complaint and each cause of action set forth therein are barred by the doctrine of consent.

### SIXTH AFFIRMATIVE OR OTHER DEFENSE

6. The Complaint and each cause of action set forth therein are barred by the doctrine of unclean hands.

### SEVENTH AFFIRMATIVE OR OTHER DEFENSE

7. Defendant alleges that Plaintiff's Complaint, and each cause of action therein, fails to state a cognizable class under Section 382 of the California Rules of Civil Procedure, Rule 23 of the Federal Rules of Civil Procedure, or any other applicable rule or law

LITTLER MENDELSON,
P.C.
Attorneys at Law
18565 Jamboree Road
Suite 800
Irvine, CA  92612
949.705.3000

2

ANSWER TO CLASS ACTION COMPLAINT FOR DAMAGES AND FOR INJUNCTIVE RELIEF

regulating the maintenance of class actions, in that Plaintiff fails to establish the requisite superiority, numerosity, commonality, typicality of claims and defenses, fails to establish his representative status and/or standing, and because the alleged putative group Plaintiff purports to represent are matters in which individual questions dominate and thus are not appropriate for class treatment.

### EIGHTH AFFIRMATIVE OR OTHER DEFENSE

8.      Defendant alleges that the named Plaintiff is not an adequate representative of, and has conflicting interests with, the alleged class and subclasses he seeks to represent.

### NINTH AFFIRMATIVE OR OTHER DEFENSE

9.      Defendant alleges that certification of a class or subclasses, and/or prosecution of Plaintiff's claims as a collective action, as applied to the facts and circumstances of this case, would constitute a denial of Defendant's due process rights under the United States and California Constitutions.

### TENTH AFFIRMATIVE OR OTHER DEFENSE

10.      Defendant alleges that the named Plaintiff lacks standing to assert the claims set forth in the Complaint.

### ELEVENTH AFFIRMATIVE OR OTHER DEFENSE

11.      Defendant alleges that Plaintiff's claim for penalties against the Defendant is barred, because there is a *bona fide* good faith dispute as to whether and in what amount any compensation is due to Plaintiff, or any of the putative class.

### TWELFTH AFFIRMATIVE OR OTHER DEFENSE

12.      Defendant alleges that the Complaint and each cause of action set forth therein are barred because Plaintiff failed to timely and completely exhaust the requisite administrative and/or internal remedies available prior to commencing this action.

### THIRTEENTH AFFIRMATIVE OR OTHER DEFENSE

13.      Defendant alleges that the Complaint and each cause of action set forth therein, or some of them, are barred by the equitable doctrine of unjust enrichment.

LITTLER MENDELSON, P.C.
Attorneys at Law
18565 Jamboree Road
Suite 800
Irvine, CA 92612
949.705.3000

3

ANSWER TO CLASS ACTION COMPLAINT FOR DAMAGES AND FOR INJUNCTIVE RELIEF

**FOURTEENTH AFFIRMATIVE OR OTHER DEFENSE**

14.    Defendant alleges that each purported cause of action and the penalties sought are barred, in whole or in part, by the applicable statutes of limitation, including but not limited to Labor Code sections 203 and 2699, Code of Civil Procedure sections 337, 338(a), 339, 340(a) and (b), and 343, and/or Business & Professions Code section 17208.

**FIFTEENTH AFFIRMATIVE OR OTHER DEFENSE**

15.    Defendant alleges that the Complaint and each cause of action set forth therein cannot be maintained because, without admitting that any violation took place, Defendant alleges that any violation of the California Labor Code and/or of any order of the Industrial Welfare Commission was an act or omission made in good faith, and that Defendant, in any participation in such alleged acts, had reasonable grounds for believing that the act or omission was not a violation of the Labor Code and/or any order of the Industrial Welfare Commission.

**SIXTEENTH AFFIRMATIVE OR OTHER DEFENSE**

16.    Defendant alleges that Plaintiff and/or the putative class members are barred from recovering under the Complaint under the "*de minimis*" doctrine.

**SEVENTEENTH AFFIRMATIVE OR OTHER DEFENSE**

17.    Defendant alleges that Plaintiff and/or putative class members have failed to exercise reasonable care to mitigate damages, if any were suffered.

**EIGHTEENTH AFFIRMATIVE OR OTHER DEFENSE**

18.    Defendant alleges that claims of Plaintiff and/or putative class are barred by the doctrine of accord and satisfaction.

**NINETEENTH AFFIRMATIVE OR OTHER DEFENSE**

19.    Defendant alleges that each purported cause of action contained in the Complaint, or some of the causes of action, are barred because the alleged losses or harms sustained by Plaintiff and/or the putative class members, if any, resulted from the acts or omissions of Plaintiff and/or the putative class members, and/or was proximately caused by the actions or inactions of Plaintiff and/or the putative class members.

/ / /

LITTLER MENDELSON, P.C.
Attorneys at Law
18565 Jamboree Road
Suite 800
Irvine, CA 92612
949.705.3000

4

ANSWER TO CLASS ACTION COMPLAINT FOR DAMAGES AND FOR INJUNCTIVE RELIEF

### TWENTIETH AFFIRMATIVE OR OTHER DEFENSE

20.     Defendant alleges that if Plaintiff suffered any damages that were proximately or legally caused by the actions of either Defendant's employees, which Defendant denies, such actions were committed outside the course and scope of such employees' employment and were not authorized, adopted or ratified by the applicable Defendant or Defendants, and the applicable Defendant or Defendants did not know of, nor should it have known of, such conduct.

### TWENTY FIRST AFFIRMATIVE OR OTHER DEFENSE

21.     Defendant alleges that Plaintiff's claims, and that of putative class members, are barred by their own breach of the duties owed under California Labor Code sections 2854-2859.

### TWENTY SECOND AFFIRMATIVE OR OTHER DEFENSE

22.     The Complaint, and each purported cause of action alleged therein, are barred in whole or in part as to all hours during which Plaintiff and the putative class members were engaged in activities which were preliminary or postliminary to their principal activities.

### TWENTY THIRD AFFIRMATIVE OR OTHER DEFENSE

23.     Defendant alleges that the claims of Plaintiff and/or the putative class members for alleged failure to pay wages fail, in whole or in part, to the extent that Defendant did not reasonably know hours were worked by Plaintiff and/or the putative class members, to the extent Plaintiff or the putative class members deliberately prevented Defendant from acquiring knowledge of the hours worked and/or to the extent Plaintiff and/or the putative class members secreted or absented themselves to avoid payment of wages.

### TWENTY FOURTH AFFIRMATIVE OR OTHER DEFENSE

24.     Defendant alleges that claims of Plaintiff and/or putative class are barred by the doctrine of avoidable consequences, because Defendant took reasonable steps to fully comply with the law, but Plaintiff, and the members of putative class he purports to represent, unreasonably failed to follow Defendant's policies and practices and failed to use the preventative and corrective opportunities provided to them by Defendant.

/ / /

/ / /

LITTLER MENDELSON,
P.C.
Attorneys at Law
18565 Jamboree Road
Suite 800
Irvine, CA 92612
949.705.3000

5

ANSWER TO CLASS ACTION COMPLAINT FOR DAMAGES AND FOR INJUNCTIVE RELIEF

**TWENTY FIFTH AFFIRMATIVE OR OTHER DEFENSE**

25.     Defendant alleges that even assuming, *arguendo*, that Defendant failed to comply with any provision of the Labor Code, including but not limited to Labor Code sections 226 and 226.7, Defendant substantially complied with the Labor Code and or any applicable Wage Orders and Regulations, thus rendering an award of civil penalties inappropriate under the circumstances.

**TWENTY SIXTH AFFIRMATIVE OR OTHER DEFENSE**

26.     Defendant alleges that, assuming *arguendo* Plaintiff and/or the putative class members were not provided with a proper itemized statement of wages, any alleged failure was not willful, and Plaintiff and/or the putative class members are not entitled to recover damages because Plaintiff and/or the putative class members were not "injured" thereby and because Defendant's alleged failure to comply with California Labor Code § 226(a) was not a "knowing and intentional failure" under California Labor Code § 226(e).

**TWENTY SEVENTH AFFIRMATIVE OR OTHER DEFENSE**

27.     Defendant alleges that that the Complaint cannot be maintained against Defendant because Defendant had a policy of authorizing and providing meal and rest periods as required by the Wage Order(s) of the California Industrial Welfare Commission and/or under applicable California law.

**TWENTY EIGHTH AFFIRMATIVE OR OTHER DEFENSE**

28.     Defendant alleges that Plaintiff and/or the putative class members have no right to a premium payment under California Labor Code section 226.7 because, to the extent, if any, that person did not take breaks, it was because he/she: (1) failed to take breaks that were provided to him/her in compliance with California law; (2) chose not to take breaks that were authorized and permitted; (3) to the extent Plaintiff and the putative class members did not take meal and/or rest breaks, they did so without permission or knowledge of Defendant; or (4) waived his/her right to meal breaks under California Labor Code section 512(a) and/or applicable Wage Order of the Industrial Welfare Commission.

/ / /

LITTLER MENDELSON, P.C.
Attorneys at Law
18565 Jamboree Road
Suite 800
Irvine, CA  92612
949.705.3000

ANSWER TO CLASS ACTION COMPLAINT FOR DAMAGES AND FOR INJUNCTIVE RELIEF

1

**TWENTY NINTH AFFIRMATIVE OR OTHER DEFENSE**

2     29.    Defendant alleges that any claim for penalties pursuant to Labor Code § 203

3 is barred, in whole or in part, because even if Plaintiff or any putative class member is entitled to

4 any wages, which Defendant denies, Defendant has not willfully or intentionally failed to pay any

5 such wages to Plaintiff or any putative class member to justify an award of penalties or fees,

6 whether under California Labor Code section 203 or otherwise.

7

**THIRTIETH AFFIRMATIVE OR OTHER DEFENSE**

8     30.    Defendant alleges that there is a good faith dispute and defense to Plaintiff's

9 claims, and each of them, which bars the imposition of Labor Code waiting time penalties under

10 *Amaral v. Cintas Corp. No. 2,* 163 Cal. App. 4th 1157 (2008).

11

**THIRTY FIRST AFFIRMATIVE OR OTHER DEFENSE**

12     31.    Defendant alleges Plaintiff is barred from seeking any civil penalties

13 pursuant to Labor Code § 203 for any violation occurring after the filing of the Complaint.

14

**THIRTY SECOND AFFIRMATIVE OR OTHER DEFENSE**

15     32.    Defendant alleges that Plaintiff's claims are barred in whole or in part

16 because of Defendant's compliance with all applicable laws, statutes and regulations, said

17 compliance affording Defendants a safe harbor to any claim under Business and Professions Code

18 Section 17200, *et seq.*

19

**THIRTY THIRD AFFIRMATIVE OR OTHER DEFENSE**

20     33.    Defendant alleges that Plaintiff's claims for recovery in the form of

21 restitution, disgorgement, or injunctive relief under California Business and Professions Code

22 section 17200, *et seq*., are barred with respect to any alleged violations that have been discontinued,

23 ceased, or are not likely to recur.

24

**THIRTY FOURTH AFFIRMATIVE OR OTHER DEFENSE**

25     34.    Defendants alleges that the Complaint and each cause of action are barred

26 because the applicable statutes and the applicable wage orders of the California Industrial Welfare

27 Commission are unconstitutionally vague and ambiguous as applied to the facts and circumstances

28 of this case.

LITTLER MENDELSON,
P.C.
Attorneys at Law
18565 Jamboree Road
Suite 800
Irvine, CA 92612
949.705.3000

7

ANSWER TO CLASS ACTION COMPLAINT FOR DAMAGES AND FOR INJUNCTIVE RELIEF